v. *New York, Westchester & Boston R. Co.*, decided herewith (*ante*, p. 948). Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Mills, J., dissented upon the sole ground that the construction and operation of a railroad for public use are not within the prohibition of the restrictions.

Catherine Wesley, Respondent, v. Standard Oil Company of New York Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Cornelius Westerfield, Appellant, v. Jennie W. Francke and Others, Respondents. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Cornelius Westerfield, Appellant, v. Jennie W. Francke and Others, Respondents. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

William Allan, Appellant, v. Henry M. Downing and Winifred Downing, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

Theodore Baker and Others, Appellants, v. Emma H. Griffith and Charles E. Griffith, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

Michael J. Buckley and Daniel Buckley, Infants, etc., Respondents, v. Loretta Buckley and Others, Respondents. Alois J. Hofacker, Appellant. — Motion for resettlement of order granted. The proper expenses of the purchaser in examining the title should be charged against the interest of the infant plaintiffs in the subject-matter of the action. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

James Corrigan, Plaintiff, v. Green Fuel Economizer, Defendant.— Motion for stay granted on condition that appellant perfect the appeal, place the case on the May calendar and be ready for argument when reached. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

Leander J. De Bekker, Respondent, v. Frederick A. Stokes Company and Another, Appellants. — Motion denied, without costs. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

Lydia Gilmore, Respondent, v. Stuart Hirschman, Appellant. James A. Hennessy and Others, Defendants.— The motion for reargument is denied. In its disposition of the appeal the court was necessarily limited to the record in the case. If Hirschman deems that he is entitled to relief on account of the order of this court in the proceeding relative to the assessment an opportunity for a hearing at Special Term in that regard seems to be reserved in the judgment in this action. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Chester D. Griesemer, Appellant, v. The Knox Hat Manufacturing Company, Respondent.— Motion to resettle order granted and proposed resettled order, as modified by the court, signed. Present — Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ.

In the Matter of John J. McGinniss, an Attorney.— Matter referred to